UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JAMES MATTHEW; DEAN,

   Plaintiff,

v.             Case No. 06-C-1125

CHRIS J. HONISH,

   Defendant.

---

### ORDER OF DISMISSAL

---

  James Matthew Dean, who claims to be "a sovereign free man on the soil, not a 14th Amendment, U.S. subject citizen," filed this action *pro se* claiming that his constitutional rights were violated when he was stopped by a Wisconsin State Patrol Officer on August 6, 2006. No other facts are set forth in the complaint suggesting why this traffic stop amounted to a violation of Dean's constitutional rights. On today's date, Dean appeared before the clerk of court requesting a restraining order against various officials, including a state judge who has apparently ordered him to jail for failing to pay a forfeiture imposed for driving without a valid license. These and other facts were disclosed by Dean during the brief hearing held on his motion. Based on my review of the complaint, as supplemented by Dean's presentation at the hearing on his motion for a restraining order, I conclude that he has failed to state a claim upon which relief can be granted. The complaint is therefore ordered dismissed pursuant to Fed. R. Civ. P. 12(b)(6), and the clerk is directed to enter judgment accordingly. His motion for a restraining order is thus denied as moot.

  **So Ordered** this 16th day of February, 2007.

                William C. Griesbach
                United States District Judge